UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANNE A. B.,[1] <br><br> Plaintiff, <br><br> v. <br><br> MARTIN O'MALLEY,[2] Commissioner of Social Security, <br><br> Defendant. | Case No. 8:23-cv-01021 JFW (ADS) <br><br><br> ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Motion for Judgment in Support of Complaint (Dkt. No. 17), Defendant's Opposition (Dkt. No. 21), Plaintiff's Reply (Dkt. No. 26), and the Report and Recommendation of United State

---

[1] Plaintiff's name has been partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Federal Rule of Civil Procedure 25(d), Martin O'Malley is substituted for Kilolo Kijakazi as the defendant.

Magistrate Judge (Dkt. No. 28). No objections were filed, and the time to do so has passed. The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation (Dkt. No. 28) is accepted;
2. The decision of the Commissioner denying benefits is reversed and remanded for further proceedings; and
3. Judgment is to be entered accordingly.

DATED: September 9, 2024

_____
THE HONORABLE JOHN F. WALTER
United States District Judge