JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANNE A. B., | Case No. 8:23-cv-01021 JFW (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| MARTIN O'MALLEY,[1] Commissioner of Social Security, | |
| Defendant. | |

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Federal Rule of Civil Procedure 25(d), Martin O'Malley is substituted for Kilolo Kijakazi as the defendant.

1     Pursuant to the Court's Order Accepting United States Magistrate Judge's Report

2 and Recommendation, the Court adjudges that the decision of the Commissioner of

3 Social Security is reversed and remanded for further proceedings.

5 DATED:    September 9, 2024

6                                  THE HONORABLE JOHN F. WALTER

7                                  United States District Judge