Sima G. Aghai, SBN 156354
LAW OFFICES OF SIMA G. AGHAI
12362 Beach Boulevard, Suite 21
Stanton, California 90680
(714) 901-1222
(714) 901-1220 (F)
sima@aghailaw.com
Attorney for Plaintiff LEANNE ALLIENE BLOKDYK

closed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LEANNE ALLIENE BLOKDYK, | ) CASE NO. 8:23-cv-1021 JFW-ADS |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER FOR AWARD |
| | ) OF EQUAL ACCESS TO JUSTICE |
| CAROLYN COLVIN, Acting | ) ACT ATTORNEY FEES AND COSTS |
| Commissioner of Social Security, | ) PURSUANT TO 28 U.S.C. §2412(d) |
| Defendant | ) |

Pursuant to the Stipulation of the parties, Plaintiff's Affidavit and Assignment of EAJA Fees, and all the files, records and proceedings in this matter, it is hereby

**ORDERED** that Plaintiff is awarded attorney fees in the total amount of $8,500 and costs in the amount of $402 as authorized by 28 U.S.C. § 2412.

Dated: January 3, 2025

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE